ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**MARK OLIN,**

Plaintiff,

vs.

**MINNESOTA TEAMSTERS CONSTRUCTION DIVISION HEALTH & WELFARE FUND,**

Defendant.

Civil No.00-1748 DDA/FLN

**ORDER**

This matter came the court on Defendant/Counterclaimant's Motion to Correct Parties by adding Trustees Minnesota Teamsters Construction Division Health & Welfare Fund as Defendants and Counterclaimants. Richard L. Evans and McGrann Shea Franzen Carnival Straughn & Lamb, Chartered appeared for Defendant/ Counterclaimant. William R. Hauck appeared on behalf of Plaintiff Olin.

Based on all the records and proceedings herein, including the written and oral submissions of counsel, the Court enters the following

**ORDER**

1. Defendant/Counterclaimant's motion to correct parties is ***granted***.

2. On the authority of Fed. R. Civ. P. 25, the Trustees of the Minnesota Teamsters Construction Division Health & Welfare Fund will be added as Defendants and Counterclaimants.

3. The caption in this matter will hereafter reflect the Trustees as Defendants and Counterclaimants.

Dated: 11/27, 2000.

BY THE COURT

Franklin L. Noel
Magistrate Judge
United States District Court

NOV 27 2000
FILED ______
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______