# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Mark Olin

Plaintiff

v.

Minnesota Teamsters Construction Division Health & Welfare Fund, Keith Kramer, Danny Lopez, George Mattson, Tom Nelton, Wayne Perleber, Palmer Peterson, Pat Radzak, David Swanson, Al Swanson, Al Thomas, Robert Ulland, George Vojta, Chester Wilander, in their capacity as Trustees of the Minnesota Teamsters Construction Division Health & Welfare Fund,

Defendants

Case No. Civil 00-1748 DDA/FLN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

1) Plaintiff's complaint is dismissed with prejudice;

2) Defendants shall have and recover of the Plaintiff $5,948.11.

DATE: October 1, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk